# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Nicole T. Wortman and Shane Wortman,

Plaintiff(s),

v.

Rushmore Loan Management Services LLC,

Defendant(s).

Case No. 19 C 2860
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Rushmore Loan Management Services LLC
and against plaintiff(s) Nicole T. Wortman and Shane Wortman.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion to dismiss.


Date: 10/16/2019                    Thomas G. Bruton, Clerk of Court

                                    /s/Lynn Kandziora, Deputy Clerk